FILED
CLERK, U.S. DISTRICT COURT

Jul 20, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

Jeffrey M. Lenkov (State Bar No. 156478)
jml@manningllp.com
Orchid Barzin (State Bar No. 274442)
oxb@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, GARFIELD BEACH CVS, LLC (dba CVS PHARMACY and erroneously sued as CVS PHARMACY, INC., and CVS RX SERVICES, INC.) and NATALIE VALDERRAMA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HERBERT,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY DBA GARFIELD BEACH CVS, LLC, JOHN DOE (1), JAN DOE (1)(2)(3),<br><br>Defendants. | Case No. CV-15-04680-SVW (JEMx)<br><br>[PROPOSED] JUDGMENT<br><br>JS-6 |

On July 7, 2016, the Court granted Defendants' Motion for Summary Judgment [Docket No. 79]. Accordingly, the Court hereby ORDERS AND ADJUDGES that Plaintiff Richard Herbert take nothing, that the action be dismissed on the merits, and that Defendants CVS Pharmacy CVS, LLC, and Natalie Valderrama recover their costs.

Dated: July 20, 2016

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

Case No. CV-15-04680-SVW (JEMx)

[PROPOSED] JUDGMENT